becca Leopard
ief Deputy
6) 336-4685

30,830-16

Frances Kester
Office Supervisor
(936) 336-4683

# DONNA G. BROWN
## District Clerk
Liberty County, Texas
1923 Sam Houston, Room 115
Liberty, Texas 77575
(936) 336-4682

October 16, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P O Box 12308, Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk

RE: William Earl Durham, CCA No. WR-30,830-16

Mr. Acosta:

This letter is in response to the Order filed October 7, 2015, Activity on this case is as follows:

06.12.15    Application of WHC was filed

06.19.15    D.A.'s office was served with the Application of WHC

08.26.15    Trial Court entered ODI, Copies of ODI and Application of WHC were provided to Attorney's, who were requested to respond (Alvin Saenz and Lameka Trahan)

10.16.15    Attorneys have yet to respond to ODI and Application of WHC

If you have any further questions concerning this matter, feel free to contact our office.

Sincerely

Tania McGrath

Cc: D.A.'s Office
    Alvin Seanz
    Lameka Trahan

